UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA CRISTINA ORTIZ, ET AL.,

    Plaintiff(s)

    v.                                               Civil No. 97-2308(PG)

DR. JORGE RIVERA HERRERA, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #49 - Motion to Withdraw Legal Representation | Granted |

Date: October 21, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

