# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                                   Date:  November 4, 1999

MARIA CRISTINA ORTIZ MARTINEZ, *
et al                           *
                                *
    Plaintiffs                  *
                                *
    vs.                         *       Civil 97-2308 (PG)
                                *
DR. JORGE RIVERA HERRERA,       *
et al                           *
                                *
    Defendants                  *
                                *
-----------------------------------*

By Order of the Court a pretrial conference is hereby set for **Tuesday, November 16, 199**, at 5:00 P.M. The parties are to file the Pretrial Order by **November 10, 1999.** This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:  Rafael Garcia Rodón
      Miguel Laffitte
      Jose Otero Matos
      Jeannette López
      José Ortiz Vélez
      José L. González Castañer