# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF SETTING</u>                           Date:   November 23, 1999

MARIA CRISTINA ORTIZ MARTINEZ, *
et al                                           *
                                                *
    Plaintiffs                              *
                                                *
    vs.                                     *       Civil 97-2308 (PG)
                                                *
DR. JORGE RIVERA HERRERA,                       *
et al                                           *
                                                *
    Defendants                              *
                                                *
-----------------------------------------------*

By Order of the Court the pretrial conference is hereby set for **Wednesday, December 8, 1998,** at 2:00 P.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                                 Lida Isis Egelé
                                                                 Courtroom Deputy

s/c:  Rafael Garcia Rodón
      Miguel Laffitte
      Jose Otero Matos
      Jeannette López
      José Ortiz Vélez
      José L. González Castañer