UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA CRISTINA ORTIZ, ET AL.,

    Plaintiff(s)

v.                                               Civil No. 97-2308(PG)

DR. JORGE RIVERA HERRERA, ET AL.,

    Defendant(s)

*RECEIVED & FILED 1999 DEC -6 AM 8:52 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| Docket #56 - Motion Respectfully Requesting Transfer of Pretrial Conference From December 8 to December 16, 1999 | Granted. Pretrial Conference is set for December 21, 1999 at 8:30 A.m. |

Date: December 2, 1999.

*[signature]*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

*Millie González — J. González*
*M. García Rodón — by phone*

7
Aida

(57)