# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ                DATE:   December 21, 1999

COURTROOM DEPUTY:  Lida Isis EGELE              CIVIL CASE:   97-2308 (PG)

======================================================================

| | |
|---|---|
| MARIA CRISTINA ORTIZ MARTINEZ, et al | <u>Attorneys:</u>  Rafael GARCIA RODÓN |
| vs. | |
| DR. JOSE RIVERA HERRERA, et al | Miguel LAFFITTE<br>José GONZALEZ CASTAÑER<br>Jeannette LOPEZ DE VICTORIA<br>Vanessa VIERA<br>Jorge LOPEZ |

======================================================================

PRETRIAL CONFERENCE held in chambers. The Court is informed that attorneys Luis Ortiz Segura and José Ortiz Vélez are no longer in this case. The attorneys for co-defendant Hospital Pavia are Jeannette López de Victoria and Vanessa Viera, from the law office of Pinto Lugo & Rivera.

The parties have to go to Boston to take the depositions of plaintiffs' experts: Dr. Steven Shields (gastroenterologist) and Dr. Lawrence Epstein (cardiologist). They have agreed on these tentative dates: February 24, 25, 26 and March 28, 2000.

Settlement conversations have been held. The plaintiffs have made a settlement demand. The parties will meet on December 23, 1999, at 8:30 A.M., in the office of García



Civil 97-2308 (PG)                                                              Page 2
December 20, 1999

---

Rodón, and conduct further settlement negotiations. At that meeting Mr. García Rodón will inform when the depositions of the experts may be taken. After this meeting they are instructed to file a motion informing how they stand as to the settlement.

Defendant Dr. Jorge Rivera wishes to amend the Pretrial Order by adding the following book: <u>Atlas Of Surgery For Renal Cancer</u>, by Luciano Giuliani (2nd Edition 1989). Motion is granted.

The expert for the defendants is Dr. Rodríguez López, cardiologist. His deposition will be taken on one of the dates separated for the Boston depositions.

**The jury trial is set for August 7, 2000, at 9:00 A.M.** The estimated trial length is of **three weeks.**

Lida Isis EGELE
Courtroom Deputy

s/c:   Rafael García Rodón
       Miguel Laffitte
       José González Castañer
       Jeannette López de Victoria
       José Otero Matos
       Jury Clerk