# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF SETTING</u>                              Date:   May 15, 2000

| | |
|---|---|
| MARIA CRISTINA ORTIZ MARTINEZ, et al | * |
| Plaintiffs | * |
| vs. | * Civil 97-2308 (PG) |
| DR. JORGE RIVERA HERRERA, et al | * |
| Defendants | * |

By Order of the Court a settlement conference is hereby set for **Tuesday, May 23, 2000,** at 9:00 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                                    Lida Isis Egelé
                                                                    Courtroom Deputy

s/c:   Rafael Garcia Rodón
       Miguel Laffitte
       Jose Otero Matos
       Jeannette López
       José L. González Castañer