UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA CHRISTINA ORTIZ-MARTINEZ,
ET AL.,

    Plaintiffs,

    v.                             Civil No. 97-2308(PG)

DR. JORGE RIVERA HERRERA,
ET AL.,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #65 - Joint Stipulation For Voluntary Dismissal Of All Claims With Prejudice. | *Approved* |

Date: _____July 6, 2000._____

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

