UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

MARIA CHRISTINA ORTIZ-MARTINEZ,
ET AL.,
    Plaintiffs,

v.                                          CIVIL NO. 97-2308(PG)

DR. JORGE RIVERA-HERRERA, ET AL.,
    Defendants.

## JUDGMENT

The Court has entered an Order granting motion filed by the parties "Joint Stipulation For Voluntary Dismissal Of All Claims With Prejudice", (Docket No. 65), WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING with prejudice** the instant case.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _____July_____ _6_, 2000.

                                              JUAN M. PEREZ-GIMENEZ
                                              U.S. District Judge

AO 72A
(Rev. 8/82)